# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JUAN JOSE CICILIANO-ORTIZ,<br><br>                              Defendant. | Case No. 14-mj-15155-PCL-BAS<br><br>**JUDGMENT AND ORDER GRANTING JOINT MOTION TO VACATE JUDGMENT AND DISMISS**<br><br>**[ECF No. 32]** |

Pending before the Court is the parties' joint motion to vacate the judgment against Defendant Juan Jose Ciciliano-Ortiz and dismiss the complaint. (ECF No. 32.) The parties indicate that this request is brought due to post-trial discovery issues and in the interest of justice. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, **VACATES** the judgment against Defendant under Federal Rule of Criminal Procedure 33(a) and (b)(1), and **DISMISSES WITH PREJUDICE** the complaint under Federal Rule of Criminal Procedure 48.

**IT IS SO ORDERED.**

DATED: August 14, 2014

*[signature]*

**Hon. Cynthia Bashant**
**United States District Judge**